# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE: C.R. BARD, INC.
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION                              MDL No. 2187
--------------------------------------------------
THIS DOCUMENT RELATES TO

*Jennifer K. Shelton v. C.R. Bard, Inc., et al.*          2:14-cv-06148

## MEMORANDUM OPINION AND ORDER

On August 14, 2019, I granted a motion to show cause filed by C.R. Bard, Inc. ("Bard") and Tissue Sciences Laboratories Limited ("TSL"). [ECF No. 36]. In the Show Cause Order, I directed plaintiff, who is *pro se*, to show cause on or before August 28, 2019, why her case[1] should not be dismissed for failure to comply with multiple court orders, including Pretrial Order ##s 275 and 283 containing wave scheduling deadlines. I warned that should plaintiff fail to respond, she risks the entry of an award of sanctions up to and including dismissal of her case. I instructed the Clerk to post this Show Cause Order on the court's website and to mail a copy of it to plaintiff's address as listed on the court's docket. Plaintiff did not respond or otherwise show cause.

The court finds, pursuant to Rules 16 and 37 of the Federal Rules of Civil Procedure and after weighing the factors identified in *Wilson v. Volkswagen of Am., Inc.*, 561 F.2d 494, 503-06 (4th Cir. 1977), that all remaining defendants should be

---

[1] I note that this order applied to plaintiff's claims against the other defendants in this case, Ethicon, Inc. and Johnson & Johnson.

dismissed without prejudice for plaintiff's failure to respond to the show cause order and otherwise comply with discovery deadlines in compliance with the court's previous pretrial and other orders.

Therefore, the court **ORDERS** that the defendants, Bard, TSL, Ethicon, Inc. and Johnson & Johnson, are dismissed without prejudice. No other defendants remain, and this case is stricken from the docket and closed.

The court **DIRECTS** the Clerk to send a copy of this order to counsel of record and plaintiff at her last known address.

ENTER: August 30, 2019

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE